UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

JS 6

| Case No. | CV 15-392 DSF (Ex) | Date | 2/3/15 |
|---|---|---|---|
| Title | RAC Development, Inc. v. Malcolm B. Smith, et al. | | |

| Present: The Honorable | DALE S. FISCHER, United States District Judge |
|---|---|

| Debra Plato | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** (In Chambers) Order REMANDING Case to Superior Court of California, County of Los Angeles

    This is the second time that defendant has removed this action.  On January 2, 2015 defendant removed the case and it was remanded on January 5.  See CV 15-008 DSF.  The case is again REMANDED to the Superior Court of California, County of Los Angeles.  Any further removals may result in sanctions.

    IT IS SO ORDERED.